# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM DITULLIO | CIVIL ACTION NO. 25-0018 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE FARM FIRE & CASUALTY COMPANY, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the motion to remand (Record Document 12) filed by Plaintiff William DiTullio is **GRANTED**, and this matter is hereby **REMANDED** to the First Judicial District Court for the Parish of Caddo, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(c).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 24th day of July, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE